THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JOHN FANNING, Appellant.

Submitted December 5, 1938; decided January 4, 1939.

*Thomas E. Dewey, District Attorney (Arnold Bauman* of counsel), for motion.
No one opposed.
Motion granted and appeal dismissed.